14 So.2d 910

**BALLARD & BALLARD CO. et al. v. Laura LOGAN.**

**6 Div. 75.**

Supreme Court of Alabama.

May 21, 1943.

Sadler & Sadler, of Birmingham, for appellants.

Taylor, Higgins & Windham, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

14 So.2d 910

**BALLARD & BALLARD CO. et al. v. Dora Mae SHILL.**

**6 Div. 76.**

Supreme Court of Alabama.

May 21, 1943.

Sadler & Sadler, of Birmingham, for appellants.

Taylor, Higgins & Windham, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

13 So.2d 894

**Ellis BATEY v. STATE.**

**8 Div. 224.**

Supreme Court of Alabama.

April 15, 1943.

Rehearing Denied May 27, 1943.

H. H. Hamilton, of Russellville, for petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Ellis Batey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Batey v. State, 13 So.2d 895.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.

11 So.2d 878

**J. H. BATTLES v. Minnie BATTLES.**

**7 Div. 678.**

Supreme Court of Alabama.

Jan. 21, 1943.

John R. Robinson, of Gadsden, for appellant.

W. T. Starnes, of Pell City, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.